In re **MOTIONPOINT CORPORATION**, Petitioner.

**Misc. No. 133.**

United States Court of Appeals, Federal Circuit.

July 24, 2012.

#### ON PETITION

#### ORDER

MotionPoint Corporation submits a petition for a writ of mandamus to direct the United States District Court for the Northern District of California to vacate its June 20, 2012 order disqualifying the law firm of McDermott, Will & Emery LLP from further representation of MotionPoint in this case.

Upon consideration thereof,

IT IS ORDERED THAT:

TransPerfect Translations International, Inc. et al. are directed to respond no later than August 9, 2012.